Entered on Docket
October 17, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: October 17, 2019

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>Benbow Valley Investments,<br>a California general<br>partnership dba Benbow<br>Historic Inn<br><br>                Debtor. | Case No. 19-10720 WJL<br><br>Chapter 11<br><br><u>HEARING SCHEDULED</u><br>Date: October 22, 2019<br>Time: 10:00 a.m.<br>Courtroom:220<br>1300 Clay Street<br>Oakland, CA 94612 |

**MEMORANDUM PRIOR TO HEARING**

On October 8, 2019 Debtor filed an Application for Employment of Counsel for Chapter 11 Debtor and Debtor-in-Possession (the "Application") (doc. 30), seeking to employ as counsel the law firm of Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. The Application states that from May 7, 2019 through September 25, 2019, the Debtor paid to Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. a total of $24,859.00 for services rendered prior to filing bankruptcy.

The Court plans to discuss whether any of the payment could be considered a preferential transfer at the hearing currently set for **October 22, 2019 at 10:00 a.m.** at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220, Oakland, California 94612.

1 | The Court anticipates the input of the United States Trustee on
2 | this matter. The Court also notes that no opposition to the
3 | Application has been filed.
4 |
5 | ***END OF MEMORANDUM***

**COURT SERVICE LIST**