

The following constitutes the order of the Court.
Signed: January 10, 2020

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re ) <br> ) <br> Benbow Valley Investments, ) <br> a California general ) <br> partnership dba Benbow ) <br> Historic Inn ) <br> ) <br> ) <br> Debtor. ) <br> ) | Case No. 19-10720 WJL <br><br> Chapter 11 <br><br> <u>HEARING SCHEDULED</u> <br> Date: January 15, 2020 <br> Time: 10:30 a.m. <br> Courtroom:220 <br> 1300 Clay Street <br> Oakland, CA 94612 |

**MEMORANDUM PRIOR TO HEARING**

On January 9, 2020, Debtor filed a Stipulation Allowing and Providing for Payment of Claim Under the Federal Perishable Agricultural Commodities Act (the "Stipulation") (doc. 79). The Stipulation is signed by counsel for Debtor and counsel for Creditor Sysco Sacramento, Inc. While Debtor seeks approval of the Stipulation, the Stipulation was filed on an ex parte basis, no motion for approval of the Stipulation was filed, and interested parties were not served notice of the Stipulation.

The Court plans to discuss the Stipulation at the status conference currently scheduled for **January 15, 2020** at the above

captioned time and location. Debtor, Creditor, and any other interested party is welcome to comment on the Stipulation at the hearing. If Debtor feels this issue should be resolved prior to the status conference, Debtor may file further briefing that explains why the Stipulation may be approved on an ex parte basis.

**\*END OF MEMORANDUM\***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Southern Glazer's Wine and Spirits, LLC |
| | Attn: Helene Nicholson, Dir. Legal/Compl |
| 3 | 14911 Quorum Dr., Ste 150 |
| | Dallas, TX 75254 |
| 4 | |
| | John A. Vos, Esq. |
| 5 | Law Offices of John A. Vos |
| | 1430 Lincoln Ave. |
| 6 | San Rafael, CA 94901 |